**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                    Case No. 3:05-M-0032-TEM

GUSTAVO ADOLFO CARDENAS
ALEJANDRO DIAZ-RUEDA

**NOTICE OF SETTING PRELIMINARY HEARING**

**TAKE NOTICE** that this case is hereby **SET** for a **preliminary hearing** on **February 14, 2005** at **2:00 P.M.**, before the Honorable Thomas E. Morris, United States Magistrate Judge, in Courtroom 5B, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

DATE: February 9, 2005

                                          THOMAS E. MORRIS
                                          United States Magistrate Judge

                                      By: /s/ Carol J. Holliman
                                            Carol Holliman
                                            Courtroom Deputy Clerk
                                            (904) 549-1952

Copy to:
Asst. U. S. Attorney (Brown)
Roland Falcon, Esquire
Asst. Federal Public Defender (Grant)
United States Marshal
U. S. Probation
U. S. Pretrial

**PLEASE NOTE**:  Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.